UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO J. GONZALES, et al., | No. C 09-1798 PJH |
| Plaintiffs, | **ORDER GRANTING MOTION TO STAY** |
| v. | |
| DHI MORTGAGE COMPANY, LTD, L.P., et al., | |
| Defendants. | |

Before the court is defendant Federal Deposit Insurance Corporation's ("FDIC") motion to stay these proceedings for a period of ninety (90) days pursuant to 12 U.S.C. § 1821(d)(12), which plaintiffs Emilio and Esmeralda Gonzales ("plaintiffs") did not oppose. Nor did any defendant file an opposition to the motion. Because the court finds that oral argument is unnecessary and would not be helpful, the hearing date of June 10, 2009 is VACATED pursuant to Civil Local Rule 7-1(b).

Having considered the written argument of counsel and good cause appearing, and in the absence of any opposition from any other party, IT IS HEREBY ORDERED that FDIC's motion to stay is GRANTED, and this action is STAYED for ninety (90) days, until September 3, 2009. The stay shall not apply to any of the other parties.

IT IS FURTHER ORDERED that FDIC shall file a response to the first amended complaint within sixty (60) days of the expiration of the stay, by November 5, 2009.

**IT IS SO ORDERED.**

Dated: June 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge