UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILIO J. GONZALES, et al.,

    Plaintiff(s),

    v.

DHI MORTGAGE COMPANY, LTD., et al.,

    Defendant(s).
_____/

No. C 09-1798 PJH

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The case management conference currently scheduled for August 6, 2009, is VACATED. All claims against defendants DHI and Placer have been dismissed from this action with prejudice. All claims against defendant Countrywide have been dismissed without prejudice pending filing of a second amended complaint. The only served defendant for which claims remain is FDIC, which has sought and received a statutory stay of these proceedings. Accordingly, a case management conference will be rescheduled either after the pleadings have been settled or the stay has been lifted.

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge