UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILIO J. GONZALES, et al.,

    Plaintiffs,

    v.

DHI MORTGAGE COMPANY, LTD., et al.,

    Defendants.

_____/

No. C 09-1798 PJH

**ORDER OF DISMISSAL**

On June 22, 2009, this court dismissed without prejudice claims one through eleven of plaintiffs' complaint (claim 8 was dismissed with prejudice as to moving defendants DHI and Placer). Plaintiffs were advised to file a second amended complaint no later than July 13, 2009 or the case would be dismissed with prejudice. Plaintiffs failed to file an amended complaint by that date.

In view of plaintiff's lack of response to this court's prior order, the court finds there is no appropriate less drastic sanction than dismissal.

Accordingly, this action is DISMISSED with prejudice as to defendants DHI and Placer.

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge