UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIO J. GONZALES AND ESMERALDA M. GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>DHI MORTGAGE COMPANY, LTD, L.P.; PLACER TITLE CO; QUALITY LOAN SERVICE CORP; COUNTRYWIDE BANK SERVICE; INDYMAC BANK FSB, AND DOES 1-X,<br><br>Defendants. | Case No.: 3:09-CV-01798 PJH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT COUTRYWIDE |

On July 24, 2009, this Court dismissed without prejudice claims one through eleven of plaintiffs' complaint. Plaintiffs were advised to file a second amended complaint no later than August 17, 2009 or the case would be dismissed with prejudice. Plaintiffs failed to file an amended complaint by that date.

11952/0162/756701.1                                      [PROPOSED] ORDER OF DISMISSAL
                                                          Case No.: 3:09-CV-01798-PJH

1 |     In view of plaintiff's lack of response to this Court's prior order, the Court finds there is no
2 | appropriate less drastic sanction than dismissal.
3 |     Accordingly, this action is DISMISSED with prejudice as to defendant Countrywide.
4 | **IT IS SO ORDERED.**

Dated: September __14__, 2009

_____
PHYLLIS J. HAMILTON
Judge Phyllis J. Hamilton

*IT IS SO ORDERED*