UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILIO J. GONZALES, et al.,

       Plaintiff(s),                                  No. C 09-1798 PJH

     v.                                        **JUDGMENT**

DHI MORTGAGE COMPANY, LTD., et al.,

       Defendant(s).

_____/

This action came on for hearing before the court and the issues having been duly heard and the court having granted the motions to dismiss of defendants DHI Mortgage Co., Placer Title Co., Countrywide Bank Service, and IndyMac Bank FSB, and defendant Quality Loan Service not appearing as a named defendant in the operative complaint on file,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: December 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge